# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: James Cody, et al. vs. City of St. Louis

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2348 for the following party(s): (please specify)

City of St. Louis

[✔] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Abby Duncan  s/: Abby Duncan

Firm Name: St. Louis City Counselor's Office

Business Address: 1200 Market Street, City Hall- Rm 314

City/State/Zip: St. Louis, MO 63103

Telephone Number (Area Code): (314) 622-4694

Email Address: DuncanA@stlouis-mo.gov

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 3/18/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: