# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2348
_____

James Cody

Plaintiff - Appellee

Vincent Grover; John Doe; John Roe

Plaintiffs

Michael Mosley; Diedre Wortham, on behalf of themselves and all others similarly situated; Callion Barnes; Eddie Williams; Jasmine Borden

Plaintiffs - Appellees

v.

City of St. Louis, for and on behalf of Medium Security Institution

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02707-AGF)
_____

**REVISED JUDGMENT**

Before Chief Judge SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

June 03, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik